Case 2:20-mj-00231-DUTY   Document 3   Filed 01/29/20   Page 1 of 4   Page ID #:99
Case 2:20-mj-00231-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 01/17/20   Page 2 of 14
Page ID #:37

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:20mj-00231-DUTY | Date and time warrant executed: 1/22/2020 915 A | Copy of warrant and inventory left with: YOUSEF T. KASHANI |
| Inventory made in the presence of: YOUSEF T. KASHANI |||
| Inventory of the property taken and name of any person(s) seized: <br><br> SEE ATTACHED - 3 PAGES. |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/2020

*Executing officer's signature*

SUSAN E. O'BRIEN, SPECIAL AGENT, FBI
*Printed name and title*

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 334C-LA-3165630

On (date): 01/22/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Daves Auto Accessories

(Street Address): 1226/1228 E. Florence Ave, Los Angeles, CA

(City): Los Angeles, CA 90001

Description of Item(s):

1. Box containing 13 4-door Jeep JK entry guard black
2. Box containing 2 Angry Boar Grille
3. Financial + Shipping documents, Checkbook ledger, Contact list
4. 13 Mercedez-Benz Emblems
5. Inventory list and Customer list
6. MacBook Pro S/N W803467KAGU
7. 199 Jeep gas caps
8. Wells Fargo Wire transfer request
9. Patent documents
10. IMac Model A312 S/N C02H860LDHJP
11. 2 boxes of Jeep Mud Flaps
12. Jeep bumper
13. 1 Box containing 4 floor mats
14. 1 Box containing 10th anniversary 15 Jeep Rubicon Plates
15. 1 Box containing one set of 10th Anniversary Hood Vents
16. Sheets of Jeep Decals
17. 1 Box containing 10 Jeep Gas caps

Received By: (Signature)
Printed Name/Title: Susan E. O'Brien

Received From: (Signature)
Printed Name/Title: Yousef Kashani

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 334C-LA-315630

On (date): 01/22/2020

item(s) listed below were:
☑ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name): Dave's Auto Accessories

(Street Address): 1226/1228 E. Florence Ave

(City): Los Angeles, CA 90001

Description of Item(s):
18. 35 2-Door Jeep Entry guard - Chrome
19. 1 Box Containing 20 4-Door Jeep JK Entry Guards
20. 27 Black Jeep front door sills - 2 Boxes
21. 6 JL Grills
22. Mercedez-Bens grill

Received By: (Signature)
Printed Name/Title: Susan W. Beier

Received From: (Signature)
Printed Name/Title: Yousef Kashani

FD-597 (Rev. 4-13-2015)

Page 3 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 324C-LA-3165630

On (date): 1/22/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): DAVES AMMO ACCESSORIES

(Street Address): 1226/1228 E. FLORENCE AVE

(City): LOS ANGELES

Description of Item(s): Samples from Item #1, Item #2, Item #4, Item #11, Item #14, Item 15, Item #17, Item #18, Item #19, Item #20, and Item #21

Received By: (Signature) J. O'Brien
Printed Name/Title: Susan E. O'Brien

Received From: (Signature)
Printed Name/Title: Yousef Kashani